FORM orextobj

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: O'Neal Lilly Nixon
    SSN/ITIN: xxx–xx–4043
     Debtor

Katie Lee Nixon
    SSN/ITIN: xxx–xx–4564
     Joint Debtor

Bankruptcy Case No.:   09–40590–LMK

Chapter:  13
Judge:  Lewis M. Killian Jr.

***ORDER GRANTING TRUSTEE'S MOTION
FOR ORDER EXTENDING TIME TO FILE OBJECTION(S)
TO DEBTOR(S)' CLAIMS OF EXEMPTIONS***

   **THIS CAUSE**, having come before the Court upon the Chapter 13 Trustee's Motion to Request Order Extending Time to File Objections to Exemptions, and the Court having reviewed the file, and being otherwise fully advised in the premises:

  **IT IS HEREBY ORDERED THAT:**

1. The Trustee's Motion to Request Order Extending Time to File Objections to Exemptions is granted.
2. The Court hereby extends the time for the Chapter 13 Trustee to file objections to the Debtor(s) claim of exemptions until thirty (30) days after the conclusion of the meeting of the Section 341 Meeting of Creditors held after conversion of this case to another chapter of Title 11, or until the chapter 13 plan in this case is completed. The terms of this order apply to the debtor(s)'s claim of exemptions now claimed or hereafter claimed and any to amendments or supplements to Schedule C.
3. This order shall not apply to or limit the right of any party in interest to object to entry of a discharge pursuant to Section 1328(h) on the ground that Section 522(q)(1) may be applicable to the Debtor(s).
4. Nothing in this Order shall impair any part in interest's right to file for an Order Determining whether any property is exempt.

   ***DONE AND ORDERED*** at Tallahassee, Florida, July 24, 2009 .

                                                  /s/ Lewis M. Killian Jr.
                                                Lewis M. Killian Jr.
                                                U.S. Bankruptcy Judge

Service to:
All parties in interest