UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:                                        CASE NO.  09-40590-LMK

O'Neal Lilly Nixon
Katie Lee Nixon
_____ Debtor(s) /

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

JIM NGUYEN, AUTHORIZED AGENT, Attorney-In-Fact for Southstar I, LLC, on behalf of Home Servicing, LLC ("Applicant")(servicing Agent)
applies to this Court for entry of an order directing the clerk to remit the sum of $ 5,291.74
due to Southstar I, LLC _____ ("Claimant").

| 1. | Full legal name of Claimant (If Claimant is an individual, skip to #5.) | Southstar I, LLC |
|----|---|---|
| 2. | Type of Entity (corporation, LLC, partnership) | LLC |
| 3. | State of Incorporation/Organization | Delaware |
| 4. | Name and Title of Authorizing Officer or Representative | Jim Nguyen Default Admin Mgr |
| 5. | Current Mailing Address | 8641 United Plaza Blvd. Ste. 302 Baton Rouge, LA 70809 |
| 6. | Telephone Number | 225-935-2282 |
| 7. | SS# (last 4 digits only) or EIN # | 13-3403204 |
| 8. | Amount Being Claimed | $5,291.74 |

Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon:  *(check the applicable statement)*

- o  Applicant is the <u>original creditor</u> and owner of the funds as it appears on the records of this Court;
- o  Applicant is the <u>assignee</u> of the original creditor's claim to said funds, as evidenced in the attached documentation;
- o  Applicant is the original creditor's <u>successor in interest</u>, as evidenced in the attached documentation;
- o  Applicant is an attorney or "<u>funds locator</u>" named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Florida, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant. Applicant states that the Claimant is the: *(check the applicable statement)*
    - o  Original creditor and owner of the claim;
    - o  Original creditor's attorney with authorization to receive said funds;
    - o  Assignee of the original creditor's claim to said funds;
    - o  Successor in interest of the original creditor; or
    - o  Personal representative of the original creditor's estate.

This Application is submitted with the necessary documents to establish (1) Applicant's authority to collect the unclaimed funds on behalf of the Claimant and (2) the Claimant's entitlement to the particular unclaimed funds. The Application was completed and submitted in accordance with the Court's instructions for filing an application for payment of unclaimed funds.

In accordance with 28 U.S.C. § 2042, Applicant certifies that a copy of this Application (and all attachments) have been provided to the Office of the United States Attorney on _____(date), at: (*check the applicable location*)

- o (Gainesville, Tallahassee, and Panama City Divisions)
  110 N. Adams St., 4th Floor, Tallahassee, FL 32301
- o (Pensacola Division)
  21 E. Garden St., Ste. 400, Pensacola, FL 32502

Therefore, Applicant requests the Court enter an order directing payment of unclaimed funds described above to the Applicant, or if the Applicant is not the Claimant, to the Applicant and Claimant, in accordance with the documents submitted in support of the Application.

Under penalty of perjury, I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

**SIGNATURE BLOCK FOR AN INDIVIDUAL** (*signature block for an entity on next page*)

Dated: 10/31/11

Signature of Individual Applicant

Print Name: JIM NGUYEN

Street Address: 8641 United Plaza Blvd. Ste. 302

City/State/Zip: Baton Rouge, LA 70809

Telephone (including area code): 225-935-2282

State of Louisiana )
PARISH ) ss.
~~County~~ of East Baton Rouge )

Before me, George Caballero, a notary public for said state, on this 31st day of October, 20 11, personally appeared JIM NGUYEN known to be the identical person(s) who executed the within foregoing instrument, and acknowledge to me that he/she executed the same as his/her free and voluntary act and deed for the uses and purposes therein set forth.

_____   [SEAL]
Notary Public
My commission expires: With Life

George G. Caballero
Notary Public
La. Bar Roll No. 22013
Commissioned For State Of Louisiana
My Commission Expires With Life

## SIGNATURE BLOCK FOR AN ENTITY (signature block for individual on previous page)

Dated: 10/31/11

Homeservicing, LLC (servicing agent for Soutrister I, LLC)
Soutrister I, LLC
Name of Applicant (entity)

By: [signature]

Print Name and Title: JIM NGUYEN, DEFAULT ADMIN MGR.

Street Address: 8641 United Plaza Blvd, Ste. 302

City/State/Zip: Baton Rouge, LA 70809

Telephone (including area code): 225-935-2282

State of Louisiana )
PARISH ) ss.
~~County~~ of East Baton Rouge )

Before me, George Caballero, a notary public for said state, on this 31st day of October, 20 11, personally appeared JIM NGUYEN as Authorized Agent [capacity, e.g. president, treasurer] who executed the within foregoing instrument on behalf of Home Servicing, LLC Atty-in-fact for Soutrister I, LLC [name of entity], and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed on behalf of said limited liability company [type of entity, e.g. corporation, limited liability company, partnership] for the uses and purposes therein set forth.

[signature]
Notary Public
My commission expires: With Life

[SEAL]

George G. Caballero
Notary Public
La. Bar Roll No. 22013
Commissioned For State Of Louisiana
My Commission Expires With Life

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:                                        CASE NO. __09-40590-LMK__

O'Neal Lilly Nixon
Katie Lee Nixon
_____Debtor(s)/

### AFFIDAVIT OF CLAIMANT

I, JIM NGUYEN, SERVICING AGENT FOR SunTrust I, LLC [AUTHORIZED AGENT] on behalf of Home Servicing, LLC, the undersigned claimant [or duly authorized representative for the claimant as identified in paragraph (2)], declare as follows:

1. I, JIM NGUYEN, SERVICING AGENT FOR SunTrust I, LLC [AUTHORIZED AGENT] on behalf of Home Servicing LLC [Claimant or authorized representative of Claimant that has been granted a power of attorney to submit for claimant as indicated in the attached power of attorney] am seeking payment of $ 5,291.74 held in the registry of the Court.

2. My name, position with company [if applicable], address and telephone number are as follows:

JIM NGUYEN, DEFAULT ADMIN MGR
HOME SERVICING, LLC
8641 United Plaza Blvd. Ste. 302
Baton Rouge, LA 70809

3. Copies of all necessary documentation, including those which establish the chain of ownership of the original corporate creditor [e.g. documents relating to a sale of company, purchase agreements and/or stipulation by prior and new owner as a right of ownership of funds] and which substantiate claimant's right to the funds, are attached.

4. I [or the business that I represent as claimant] have neither previously received these funds nor contracted with any other party other than the person named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 10/31/11

Signature of Claimant or duly authorized representative

Print Name: JIM NGUYEN

Title: DEFAULT ADMIN MGR

Sworn to and subscribed before me this 31st day of October, 2011.

_____
Notary Public
In and for the State of _____
My commission expires: w/in Life

[SEAL]

George G. Caballero
Notary Public
La. Bar Roll No. 22013
Commissioned For State Of Louisiana
My Commission Expires With Life

Prepared by and Return to:
Charles Brown
Brown & Associates
2316 Southmore
Pasadena, TX 77502
713-941-4928



## ASSIGNMENT OF MORTGAGE

Loan 23360171 (HSL)
Min number 100195910003098624     MERS Telephone No. 1-888-679-6377

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. as nominee for First NLC Financial Services, LLC, its successors and assigns, whose address is PO Box 2026, Flint, MI 48501, does hereby assign and transfer to:

**SOUTHSTAR I, LLC**, its successors and assigns, forever
Whose address is c/o Home Servicing, LLC 8641 United Plaza Blvd., Suite 302, Baton Rouge, LA 70809,

All its right, title and interest in and to a certain Mortgage from **Katie L. Nixon and O'Neal Nixon**, wife and husband as joint tenants to Mortgage Electronic Registration Systems, Inc. as nominee for First NLC Financial Services, LLC for $75,000.00 dated 9/25/2006 of record on 10/9/2006 in Book 833 Page 325 at Document Number 200600004620, in the Madison County Clerk's Office, State of FL.

Property Address: 1052 SW State Road 14, Madison, FL 32340
Legal Description: Lot 8 and 9, Block 1 of Vickers Annex, according to the Plat thereof as recorded in Plat Book 1, Page "V", of the Public Records of Madison County, Florida.

Executed this March 28, 2011

Mortgage Electronic Registration Systems, Inc. as nominee for First NLC Financial Services, LLC, its successors and assigns

By: Jim Nguyen
Title: Assistant Secretary

CORPORATE ACKNOWLEDGEMENT

State of Louisiana

Parish of East Baton Rouge

Before me, the undersigned officer, on this day, personally appeared Jim Nguyen the Assistant Secretary of Mortgage Electronic Registration Systems, Inc. as nominee for First NLC Financial Services, LLC, its successors and assigns, a Delaware Corporation, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal this March 28, 2011

Notary Public in and for the State of Louisiana
Notary's Printed Name: George G. Caballero
My Commission Expires: With life

DOT for $75,000.00 dated 9/25/2008

George G. Caballero
Notary Public
La. Bar Roll No. 22013
Commissioned For State Of Louisiana
My Commission Expires With Life

## LIMITED POWER OF ATTORNEY

Bank of America, National Association, a Delaware corporation, having an address of One Bryant Park, New York, New York 10036 ("BOA"), constitutes and appoints Home Servicing, LLC, a Louisiana limited liability company having an office at 8641 United Plaza Blvd., Suite 302, Baton Rouge, LA 70809, its true and lawful attorney-in-fact, with only such power and authority as is expressly enumerated and hereby conferred in its name, place and stead and for its use and benefit, to make, sign, execute, acknowledge, deliver, file for record and record any such instruments in its behalf and to effectuate the following enumerated transactions as the same may relate to a mortgage or deed of trust and mortgage notes secured thereby and serviced for the undersigned by said attorney-in-fact.

This appointment shall apply to the following transactions only:

1. The modification or re-recording of a mortgage or deed of trust.
2. The execution of partial satisfactions/releases and partial reconveyances and the execution of requests to trustees to accomplish the same.
3. The completion of loan modification or assumption agreements.
4. The assignment of any mortgage or deed of trust and the related mortgage note.
5. The commencement and completion of judicial and non-judicial foreclosures proceedings and the defense of lawsuits in connection therewith.
6. The full satisfaction/release of a mortgage (or assignment of mortgage without recourse) or request to BOA for the full reconveyance upon payment and discharge of the sums secured thereby.
7. The endorsement of checks, notes, drafts and other evidences of payment made payable to BOA and/or its affiliates; and
8. The execution of deeds, transfers, tax declarations, certificates and any other documents or instruments that are necessary or appropriate for the sale, lease, collection of rents, appointment of property management companies, disposition or liquidation of real property acquired by BOA or its affiliates, either by foreclosure or by deed-in-lieu of foreclosure.

The undersigned gives to said attorney-in-fact full power and authority to execute such instruments and to do and perform all and every act and thing requisite, necessary and proper to carry into effect the express power or powers granted by or under this Limited Power of Attorney as fully, to all intents and purposes, as the undersigned might or could do, and hereby does ratify and confirm all that said attorney-in-fact shall lawfully do or cause to be done by authority hereof. Third parties without actual notice may rely upon the power granted to said attorney-in-fact under this Limited Power of Attorney.

This Limited Power of Attorney has been executed and is effective as of this 9 day of June, 2011 and the same shall continue in full force and effect until the earlier of December 31, 2012 and (ii) the recording of an instrument of revocation.

Witness: /s/
Name: Adam Gadsby
Director

Witness: /s/
Name: Midge Walker
Vice President

Bank of America, National Association
By: /s/
Name: Adam Robitshek
Title: Vice President

STATE OF CALIFORNIA     )
COUNTY OF LOS ANGELES )

On June 9, 2011, before me, Kristina M. Bachstein, Notary Public personally appeared Adam Robitshek, who proved to me on basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

KRISTINA M. BACHSTEIN
COMM. # 1911163
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires
October 30, 2014

_____
Notary Public



**Home Servicing**
8641 United Plaza Blvd Ste 302
Baton Rouge LA 70809



Content of This Message Created by Client, Not by Telewire
Printed & Mailed at Direction of Client by Telewire

January 11, 2011

KATIE L NIXON
O'NEAL NIXON
1052 SW STATE ROAD 14
MADISON FL 32340-4484

**NOTICE OF SERVICING TRANSFER**

HOME SERVICING, LLC
Toll Free: (866) 565-7979
Direct:   (225) 935-2191
Telefax:  (225) 935-2916

RE: LOAN NUMBER: 23360171

PROPERTY ADDRESS: 1052 SW STATE ROAD 14 MADISON FL 32340

THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU HAVE FILED BANKRUPTCY, PLEASE BE ADVISED THIS FOR INFORMATIONAL PURPOSES ONLY AND NOT AN ATTEMPT TO COLLECT A DEBT.

Dear Mortgagor(s):

We are pleased to advise you the servicing of your mortgage was transferred from Bank of America to Home Servicing, LLC effective January 15, 2011. The assignment and sale or transfer of the servicing of your mortgage is a part of your original loan agreement and does not affect any of the terms or conditions of the mortgage instruments other than terms directly related to the servicing of your loan. Except in limited circumstances, the law requires Bank of America to send you notice of this transfer at least 15 days before the effective date of transfer. Home Servicing, LLC must also send you this notice no later than 15 days after the effective date. To ensure a smooth transfer, please review the following information.

CUSTOMER SERVICE INFORMATION:
If you have any questions, you may call customer service, Monday - Friday between 8:30 a.m. and 5:30 p.m. Central Time at 1-866-565-7979

PAYMENT INFORMATION:
The date that Bank of America will stop accepting your payments is January 15, 2011. Any payments received by your previous servicer after that date will be forwarded to Home Servicing, LLC.

ESCROWS:
Home Servicing, LLC does not escrow. You are responsible for the payments of your taxes and homeowner insurance.

If you have filed bankruptcy or have been discharged in bankruptcy, this statement does not represent and is not intended to be a demand for payment. This notice is for informational purposes only. You should contact legal counsel regarding your obligation, if any, to pay on the mortgage loan.

You should also be aware of the following information, which is set out in more detail in Section 8 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C., 2605): Section 6 of RESPA (12 U.S.C. 2605) GIVES YOU CERTAIN CONSUMER RIGHTS. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 business days of receipt of your request. A "qualified written request" is a written correspondence other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name, account number, and your reasons for the request. To send a "qualified written request" regarding the servicing of your loan, it must be sent to the correspondence address listed above.

No later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with written clarification regarding any dispute. A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions. During this 60 business day period, your servicer may not provide information to a consumer rating agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure, if proper grounds exist under the mortgage documents.

Section 6 of RESPA also provides for damages and costs for individuals in circumstances where servicers are shown to have violated the requirements of that section. You should seek legal advice if you believe your rights have been violated.

Sincerely,

Home Servicing, LLC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE PURSUANT TO
THE FAIR DEBT COLLECTION PRACTICES ACT

*UNLESS YOU NOTIFY US WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS LETTER THAT THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT IS DISPUTED WE WILL ASSUME THAT THE DEBT IS VALID. IF YOU DO NOTIFY US OF A DISPUTE, WE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL IT TO YOU. ALSO UPON YOUR WRITTEN REQUEST WITHIN THIRTY (30) DAYS WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF DIFFERENT FROM THE CURRENT CREDITOR. THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*



**HOME SERVICING, LLC**
*8641 United Plaza Blvd, Suite 302*
*Baton Rouge, Louisiana 70809*

*Telephone: (225) 935-2191*                    *Telefax: (225) 935-2916*

## FINANCIAL PRIVACY POLICY NOTICE

HOME SERVICING, LLC takes its responsibilities to all customers very seriously. That is why we feel committed to protecting your personal information. We are providing this privacy Notice to explain how we intend to keep that commitment.

During the course of servicing your mortgage loan, we accumulate non-public personal financial information from you and from other sources about your income, your assets, and your credit history in order to make informed decisions related to managing your mortgage loan and granting you credit.

HOME SERVICING, LLC does not disclose any non-public personal information about customers to any third parties except as permitted by law.

We collect non-public information about you from the following sources:

- Information we receive from you on applications or other forms
- Information about your transactions with affiliates, others, or us
- Information we receive from a consumer-reporting agency

We restrict access to non-public personal information about you to only employees who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your personal nonpublic information. We reinforce the company's privacy policy with all of our employees on an on going basis.

HOME SERVICING, LLC would like you, our customer, to understand our commitment to your privacy. Customers who have any additional questions about this notice may call our office at 225-935-2191 or 866-565-7979.

Thank you

HOME SERVICING, LLC

## POWER OF ATTORNEY

### LIMITED POWER OF ATTORNEY

Southstar I, LLC, a Delaware limited liability company, having an address of 4 World Financial Center, New York, New York 10080 ("Southstar"), constitutes and appoints Home Servicing, LLC, a Louisiana limited liability company having an office at 8641 United Plaza Blvd., Suite 302, Baton Rouge, LA 70809, its true and lawful attorney-in-fact, with only such power and authority as is expressly enumerated and hereby conferred in its name, place and stead and for its use and benefit, to make, sign, execute, acknowledge, deliver, file for record and record any such instruments in its behalf and to effectuate the following enumerated transactions as the same may relate to a mortgage or deed of trust and mortgage notes secured thereby serviced for the undersigned by said attorney-in-fact.

This appointment shall apply to the following transactions only:

1. The modification or re-recording of a mortgage or deed of trust.

2. The execution of partial satisfactions/releases and partial reconveyances and the execution of request to trustees to accomplish the same.

3. The completion of loan assumption agreements.

4. The assignment of any mortgage or deed of trust and the related mortgage note.

5. The commencement and completion of judicial and non-judicial foreclosures proceedings and the defense of lawsuits in connection therewith.

6. The full satisfaction/release of a mortgage (or assignment of mortgage without recourse) or request to Southstar for the full reconveyance upon payment and discharge of all sums secured thereby.

7. The endorsement of checks, notes, drafts and other evidences of payment made payable to Southstar; and

8. The execution of deeds, transfers, tax declarations, certificates and any other documents or instruments that are necessary or appropriate for the sale, lease, collection of rents, appointment of property management companies, disposition or liquidation of real property acquired by Southstar, either by foreclosure or by deed-in-lieu of foreclosure.

The undersigned gives to said attorney-in-fact full power and authority to execute such instruments and to do and perform all and every act and thing requisite, necessary and proper to carry into effect the express power or powers granted by or under this Limited Power of Attorney as fully, to all intents and purposes, as the undersigned might or could do, and hereby does ratify and confirm all that said attorney-in-fact shall lawfully do or cause to be done by authority hereof. Third parties without actual notice may rely upon the power granted to said attorney-in-fact under this Limited Power of Attorney and may assume that, upon the exercise of such power, all conditions precedent to instrument of revocation has been recorded.

May 26 2011,

Page 1 of 2

Witness: _____
Name: Edward Chaffetz

Witness: _____
Name: Arvindh Rao

                                By: Southstar Holding Corp., its sole member,

                                By: _____
                                    Name: Ketan Parekh
                                    Title: President

State of New York)

                    : ss

County of New York

BEFORE ME, Michele Ferrara_____, a Notary Public in and for the jurisdiction aforesaid, on this 26 day of May, 2011, personally appeared Ketan Parekh_____, who is personally known to me (or sufficiently proven) to be a President_____ of Southstar Holding Corp and the person who executed the foregoing instrument by virtue of the authority vested in him/her and he/she did acknowledge the signing of the foregoing instrument to be his/her free and voluntary act and deed as a _____ for the uses, purposes and consideration therein set forth.

Witness my hand and official seal this 26 day of May, 2011

                                      Michele M. Ferrara

NOTARY STAMP

MICHELE M FERRARA
Notary Public - State of New York
NO. 01FE6224955
Qualified in New York County
My Commission Expires 7/12/14

My Commission Expires: _____

Page 2 of 2