**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                          CASE NO. 09-40590-TLH4
                                                CHAPTER 13
O'NEAL LILLY NIXON
KATIE LEE NIXON

            Debtors.
_____/

**CHAPTER 13 TRUSTEE'S**
**WITHDRAWAL OF MOTION TO DISMISS**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby withdraws her Motion to Dismiss as being moot.

**RESPECTFULLY SUBMITTED.**

                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                           OFFICE OF THE CHAPTER 13 TRUSTEE
                           POST OFFICE BOX 646
                           TALLAHASSEE, FL 32302
                           ldhecf@earthlink.net
                           (850) 681-2734 "Telephone"
                           (850) 681-3920 "Facsimile"

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

O'NEAL LILLY NIXON
KATIE LEE NIXON
1052 SW SR 14
MADISON,  FL 32340

AND

ANGELA M. BALL, ESQ.
P. O. BOX 734
PERRY, FL 32348

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                                          /s/Leigh D. Hart or
                                          /s/William J. Miller, Jr.
                                              OFFICE OF CHAPTER 13 TRUSTEE

5/15/2012