**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                    CASE NO. 09-40590-KKS
                                          CHAPTER 13
O'NEAL LILLY NIXON
KATIE LEE NIXON

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: DBA/SECURITY FINANCIAL SERVICES which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 468630 in the amount of 17.28 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| O'NEAL LILLY NIXON<br>KATIE LEE NIXON<br>1052 SW SR 14<br>MADISON, FL  32340<br><br>AND<br><br>ANGELA M. BALL, ESQ.<br>P. O. BOX 734<br>PERRY, FL 32348 | DBA/SECURITY FINANCIAL SERVICES<br>SFC-CENTRAL BANKRUPTCY AND RECOVERY DEPARTMENT<br>209 DAWSON ROAD., STE. 4-B<br>COLUMBIA, SC 29223 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

12/30/2013  3:59 pm / CR_213