# Security Finance
## Central Bankruptcy & Recovery

DBA: Sunbelt Credit, Patriot Loans, Zia Finance, Continental Credit, Maverick Finance, A&A Finance & other Subsidiaries.

January 22, 2014

Debtor(s): O'Neal Nixon

Case No. : 09-40590

      Previous Address:    Security Finance Central Bankruptcy
                                       209 Dawson RD STE 4B
                                       Columbia, SC 29223

                                       652 Bush River Road STE 206
                                       Columbia, SC 29210

Please be aware we have relocated our office. All notifications and payments should be sent to our location listed below.

Current Address:

| Payments: | Notices: |
|---|---|
| P.O. Box 1893 | P.O. Box 1893 |
| Spartanburg, SC 29304 | Spartanburg, SC 29304 |

Sincerely,

**/s/ Tracy Haston**
Tracy Haston
Office Manager

Creditor Name: SFC Central Bankruptcy
Phone #: (800)-355-5492

**SFC- CENTRAL BANKRUPTCY/ RECOVERY**
PO BOX 1893
SPARTANBURG, SC 29304
PHONE: (800) 355-5492
E-mail: tracy.haston@security-finance.com