UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

O'NEAL LILLY NIXON
KATIE LEE NIXON

    Debtors.

CASE NO. 09-40590-KKS
CHAPTER 13

**CHAPTER 13 TRUSTEE'S NOTICE OF FILING
INTENTION TO CLOSE CASE WITH PROPOSED
<u>PRELIMINARY FINAL REPORT AND ACCOUNT</u>**

    **COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Intention to Close Case with Proposed Preliminary Final Report and Account, and states:

    1. The Debtor(s) filed the Petition for Chapter 13 bankruptcy relief on Monday, June 29, 2009.

    2. Although the Debtor(s) may not have completed all Plan payments due under the confirmed Plan base, there are funds sufficient to pay the claims in the confirmed Plan and the filed Proofs of Claim. If there are currently funds on hand, there may be a final disbursement which increases the sums by a nominal amount.

    3. A copy of the Trustee's Preliminary Final Report summarizing the Trustee's receipts and disbursements is attached hereto.

**NOTICE IS HEREBY GIVEN** that any objection to the proposed Preliminary Final Report or closing of this case be filed with the Clerk of the United States Bankruptcy Court, 110 East Park Avenue, Suite 100, Tallahassee, Florida 32301 within twenty-one (21) days of the date of the mailing of this Notice, and a copy of the same shall be served on the Trustee. The objection shall state the reason for the objection. If no objection is filed, the Trustee will file the Preliminary Final Report and subsequently the Final Report and request the Court to enter an Order closing the case and discharging the Debtor(s).

  **RESPECTFULLY SUBMITTED.**

/s/ Leigh D. Hart or
/s/ William J. Miller, Jr.
  OFFICE OF THE CHAPTER 13 TRUSTEE
  POST OFFICE BOX 646
  TALLAHASSEE, FL 32302
  ldhecf@earthlink.net
  (850) 681-2734 "Telephone"
  (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to the creditors listed on the attached mailing matrix on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                        NORTHERN DISTRICT OF FLORIDA
                            TALLAHASSEE DIVISION
IN RE:                                                    CASE No.
                                                          09-40590-KKS
        O'NEAL LILLY NIXON
        KATIE LEE NIXON
        1052 SW SR 14
        MADISON, FL 32340


                       PRELIMINARY FINAL REPORT AND ACCOUNT
                                                   SS#1 - XXX-XX-4043

                                                   SS#2 - XXX-XX-4564

This Case was commenced on    This Plan was confirmed on   This Case was concluded on
06/29/2009                    01/15/2010                   07/29/2014

ACTIVE
     Your trustee has maintained a detailed record of all receipts, including the source
or other identification of each receipt and of all disbursements.  Copies of these
detailed records are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by and for the Debtor for the benefit of
    creditors, and including a debtor refund.                      $28,572.42
```

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| ANGELA M. BALL | O | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL AUTO CORPOR, | U | 4,154.06 | 4,154.06 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUP' | M | 7,094.79 | 7,094.79 | 0.00 | 0.00 |
| DBA/SECURITY FINANCIAL SE] | U | 844.50 | 844.50 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORAT: | U | 587.97 | 587.97 | 0.00 | 0.00 |
| NOTICE ONLY | O | 0.00 | 0.00 | 0.00 | 0.00 |
| O'NEAL LILLY NIXON | | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMEN' | U | 7,050.44 | 7,050.44 | 0.00 | 0.00 |
| STUDSTILL LUMBER | U | 715.78 | 715.78 | 0.00 | 0.00 |
| W. S. BADCOCK | S | 164.93 | 164.93 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORPORAT: | U | 1,453.49 | 1,453.49 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | DEB. REF | TOTAL |
|---|---|---|---|---|---|
| AMT. ALLOWED | 7,259.72 | 0.00 | 14,806.24 | 0.00 | 22,065.96 |
| PRIN. PAID | 7,259.72 | 0.00 | 14,806.24 | 0.00 | 22,065.96 |
| DIRECT PAY | 0.00 | 0.00 | 0.00 | | |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
        DEBTOR'S ATTORNEY                FEE ALLOWED        FEE PAID
            ANGELA M. BALL, ESQ.            2,199.00        2,199.00

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING EXPENSE | NOTICING EXPENSE | TRUSTEE EXPENSE | TOTAL |
|---|---|---|---|
| 0.00 | 0.00 | 2,454.43 | 2,454.43 |

The Debtor(s) has made all payments as required under the Plan.


Dated:  On the same date as reflected on the          /s/ Leigh D. Hart or
        Court's Docket as the electronic filing       /s/ William J. Miller, Jr.
        date for this document.                          OFFICE OF THE CHAPTER 13 TRUSTEE

CR_183

```
Label Matrix for local noticing          Dilks & Knopik, LLC                    SOUTHSTAR I, LLC
1129-4                                   Attn: Brian J. Dilks                   c/o Michelle Garcia Gilbert, Esq.
Case 09-40590-KKS                        P.O. Box 2728                          2005 Pan Am Circle
Northern District of Florida             Issaquah, WA 98027-0125                Suite 110
Tallahassee                                                                     Tampa
Thu Mar 27 10:54:32 EDT 2014

United States Trustee                    (p)W S BADCOCK                         (p)APPLIED BANK
110 E. Park Avenue                       P O BOX 232                            PO BOX 15809
 Suite 128                               MULBERRY FL                            WILMINGTON DE 19850-5809
Tallahassee, FL 32301-7728               33860-0232


Blair Corporation                        Citi Auto                              CitiFinancial Auto Corporation
220 Hickory St                           2208 Highway 121 Ste 100               c/o Santander Consumer USA
Warren, PA 16366-0001                    Bedford, TX 76021-5981                 PO Box 560284
                                                                                Dallas, TX 75356-0284


Citifinancial Auto Corporation           Hsbc Nv                                Lake Park Finance -#
PO Box 9578                              Po Box 5253                            647-D Lake Blvd
Coppell, TX 75019-9513                   Carol Stream, IL 60197-5253            Lake Park, GA 31636-5086


Lake Park Fn                             Ocwen Loan Servicing L                 PARC
P O Box 811                              12650 Ingenuity Dr                     P.O. Box 1810
Spartanburg, SC 29304-0811               Orlando, FL 32826-2703                 Warren, MI 48090-1810


PRA Receivables Management, LLC          Region/Ams                             SFC-Central Bankruptcy
As Agent Of Portfolio Recovery Assocs.   Po Box 11007                           PO Box 1893
POB 12914                                Birmingham, AL 35288-0001              Spartanburg, NC 29304-1893
Norfolk VA 23541-0914


SOUTHSTAR I, LLC                         Security Fin                           Security Finance Central
8641 United Plaza, Suite 302             Po Drawer 811                          Bankruptcy
Baton Rouge, LA 70809-7002               Spartanburg, SC 29304-0811             PO Box 1893
                                                                                Spartanburg, SC 29304-1893


Studstill Lumber                         (p)WACHOVIA BANK NA                    Wells Fargo Bank
702 South Duval Avenue                   MAC X2303-01A                          1250 Montego Way
Madison, FL 32340-2571                   1 HOME CAMPUS                          Walnut Creek, CA 94598-2875
                                         1ST FLOOR
                                         DES MOINES IA 50328-0001


Wfcb/Blair Catalog                       Wilshire Credit Corp                   World Finance # 147
Po Box 2974                              PO Box 105344                          509 West Hill Ave.
Shawnee Mission, KS 66201-1374           Atlanta, GA  30348-5344                Valdosta, GA 31601-5453


World Finance Co                         World Finance Corporation              eCAST Settlement Corporation assignee of HSB
509 W Hill Ave                           1407 West Hill Avenue, Ste E           Nevada and its Assigns
Valdosta, GA 31601-5453                  Valdosta, GA 31601-5547                POB 35480
                                                                                Newark NJ 07193-5480
```

Angela M. Ball
Angela M. Ball, P.A.
615 N. Jefferson St.
Perry, FL 32347-2513

Katie Lee Nixon
1052 SW SR 14
Madison, FL 32340-4484

Leigh D. Hart
P.O. Box 646
Tallahassee, FL 32302-0646

O'Neal Lilly Nixon
1052 SW SR 14
Madison, FL 32340-4484

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

W.S. Badcock Corp.
PO Box 232
Mulberry, FL 33860

Applied Bank
800 Delaware Ave
Wilmington, DE 19801

(d)W. S. Badcock
Attn: Legal Department
P.O. Box 232
Mulberry, FL 33860

(d)W. S. Badcock Corporation
c/o Elizabeth Cleveland, Esquire
Post Office Box 232
Mulberry, FL  33860

Wach/Rec
Po Box 3117
Winston Salem, NC 27102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CitiFinancial Auto Corporation

(u)SFC-Central Bankruptcy and Recovery Depart

(u)Bankfirst

(u)Citifinancial
return mail

End of Label Matrix
Mailable recipients    33
Bypassed recipients     4
Total                  37

NIXON 09-40590 MATRIX

GILBERT GARCIA GROUP, P.A.
2005 PAN AM CIRCLE, SUITE 110
TAMPA, FL 33607

WILSHIRE CREDIT CORP.
1776 SW MADISON STREET
PORTLAND, OR 97205

CITIFINANCIAL AUTO CORPORATION
C/O SANTANDER CONSUMER USA
BANKRUPTCY DEPARTMENT
5201 RUFE SNOW DRIVE
NORTH RICHLAND HILLS, TX 76180

SECURITY FINANCE CENTRAL BANKRUPTCY
209 DAWSON RD, STE 4B
COLUMBIA, SC 29223

SECURITY FINANCE CENTRAL BANKRUPTCY
652 BUSH RIVER ROAD, STE 206
COLUMBIA, SC 29210

WORLD ACCEPTANCE CORPORATION
ATTN: BANKRUPTCY PROCESSING CENTER
P.O. BOX 6429
GREENVILLE, SC 29606

ECAST SETTLEMENT CORPORATION
P.O. BOX 35480
NEWARK, NJ 07193-5480